Prob12B
D/NV Form
Rev. Mar. 2007

# United States District Court

for

the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**March 24, 2011**

**Name of Offender:**   ERIC SCOTT NATHAUS

Case Number:   2:00-cr-074-JCM(LRL)

Name of Sentencing Judicial Officer:   Honorable James C. Mahan

Date of Original Sentence:   April 22, 2002

Original Offense:   Manufacturing a Controlled Substance

Original Sentence:   121 months of incarceration followed by a 60-month term of supervised release.

Date Supervision Commenced:   March 26, 2010

## PETITIONING THE COURT

☐  To extend the term of supervision _____ Months, for a total term of _____ Months.

✓  To modify the conditions of supervision as follows:

1. **Residential Re-entry Center - You shall reside at and participate in the program of a residential re-entry center for a period of up to six months as approved and directed by the probation officer.**

## CAUSE

Upon his release from custody, Mr. Nathaus received the benefit of a public law placement to assist with securing a personal residence and employment. Mr. Nathaus was able to obtain a personal residence on September 1, 2010, with his fiancé, and subsequently married in December 2010. In addition, Nathaus has been working temporary positions to financial support himself and his wife. Nathaus has recently informed probation that he has obtained a divorce and will not have a permanent residence as of March 24, 2011.

Prob12B
D/NV Form
Rev. Mar. 2007

**RE: ERIC SCOTT NATHAUS**

Although he is actively searching for full-time employment, his current income basic barely supports his basic needs.  Therefore, we are respectfully requesting that he be allowed to reside at the Residential Re-entry Center for a period of up to six months.  Hopefully, this opportunity will allow him to re-gain his stability in the community.

Respectfully submitted,

*Elizabeth A. Olson*
ELIZABETH A. OLSON
United States Probation Officer

APPROVED:/s/ mps

## THE COURT ORDERS:

_____   No action

_____   The extension of supervision as noted above

__X__   The modification of conditions as noted above

_____   Other

*James C. Mahan*
Signature of Judicial Officer

March 31, 2011
Date